UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 23-cr-007 (JMC) |
| v. | |
| KENNETH WATTS, JAMES KINARD | |
| Defendants. | |

## JURY VERDICT FORM

Count One of the Indictment charges the defendants with conspiring from on or about January 2020 to on or about January 2023 to possess with intent to distribute and distribute a mixture and substance containing detectable amount of PCP, a Schedule II controlled substance.

We, the jury, unanimously find James Kinard
____X____ Guilty  _____ Not Guilty

We, the jury, unanimously find Kenneth Watts
____X____ Guilty  _____ Not Guilty

If you find the defendant(s) guilty of Count One, then you must determine the amount of PCP for which the defendant(s) is/are responsible, including (1) those drugs he/they actually or agreed to distribute or possess with intent to distribute, and (2) those drugs distributed or possessed with intent to distribute by co-conspirators that the defendant(s) knew or reasonably could have foreseen would be distributed or possessed in furtherance of the conspiracy.

With respect to James Kinard:

We, the jury, unanimously find that one kilogram or more of a mixture and substance containing a detectable amount of PCP was:

____X____ Proven  _____ Not Proven

With respect to Kenneth Watts:

We, the jury, unanimously find that one kilogram or more of a mixture and substance containing a detectable amount of PCP was:

    X_____ Proven   _____ Not Proven

Count One of the Indictment charges Defendant James Kinard with conspiring from on or about January 2020 to on or about January 2023 to possess with intent to distribute and distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

    We, the jury, unanimously find James Kinard
        X_____ Guilty   _____ Not Guilty

With respect to James Kinard:

We, the jury, unanimously find that forty grams or more of a mixture and substance containing a detectable amount of fentanyl was:

    X_____ Proven   _____ Not Proven



1730/12

JUROR NUMBER